DENNIS P. RIORDAN, Esq., SBN 69320
dennis@riordan-horgan.com
DONALD M. HORGAN, Esq., SBN 121547
don@riordan-horgan.com
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
VANI MELEI

**FILED**

FEB 7 - 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VANI MELEI,<br><br>    Defendant. | No. CR-13-327 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO PERMIT TRAVEL TO SAN DIEGO, CALIFORNIA |

    Defendant Vani Melei, by and through his counsel, Dennis P. Riordan, hereby requests permission to travel to and from San Diego, California from February 12, 2014 to February 18, 2014. The purpose of the trip is to visit family.

    Mr. Melei's pretrial services officer in Sacramento, Ryan Garcia, has been informed and does not oppose the travel. The defendant will provide all travel details to pretrial services as requested and will remain in regular contact during his trip. The government, through AUSA Alexandra Summer, does not oppose and stipulates to this defense request.

//

1

1  SO STIPULATED:

2

3  Dated: February 5, 2014					/s/ Dennis P. Riordan
							DENNIS P. RIORDAN
4							Attorney for Defendant
							VANI MELEI
5

6

7  Dated: February 5, 2014					/s/ Alexandra Summer
							ALEXANDRA SUMMER
8							Assistant United States Attorney

9

10 IT IS SO ORDERED.

11

12 Dated: 2-7-14

13							HONORABLE MARIA-ELENA JAMES
							United States Magistrate Judge

2